JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mai Jour Her,<br><br>        Plaintiff,<br><br>   vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:21-cv-00369-AWI-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from December 15, 2021 to February 14, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the

three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number of merit briefs due in December 2021.  For the weeks of December 13, 2021 and December 20, 2021, Counsel has nine merit briefs and several settlement letters.  Counsel also has 19 administrative hearings before the Office of Hearings Operations.  For the remainder of December 2021, Counsel has nine other merit briefs scheduled due.

Counsel has also received an increase in the number of AC denials which require a review for possible filing in US District Court.  Lastly, Counsel has end of the year business reviews to conduct as the CEO of Peña & Bromberg, PC.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the month of December 2021.

Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Christmas holidays.  Counsel respectfully requests the Court granted the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: November 18, 2021       PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated:  November 18, 2021      PHILLIP A. TALBERT
                               Acting United States Attorney

         DEBORAH LEE STACHEL
         Regional Chief Counsel, Region IX
         Social Security Administration

By:  */s/ Linda H. Green*
     Linda H. Green
     Special Assistant United States Attorney
     Attorneys for Defendant
     (*As authorized by email on November 18, 2021)

## **ORDER**

Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that Plaintiff shall have an extension, up to and including February 14, 2022, to file Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **November 20, 2021**         /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE